IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:02cr107-MHT |
| | ) | (WO) |
| THOMAS JACKSON MADDOX | ) | |

ORDER

Upon consideration of the probation officer's petition for early termination of supervised release (doc. no. 91), and based on defendant Thomas Jackson Maddox's successful completion of over half of his term in compliance with all terms of supervised release, his age and declining health condition, and the representation that the government does not oppose early termination, it is ORDERED that:

(1) The petition is granted.

(2) Defendant Thomas Jackson Maddox's term of supervised release is terminated effective immediately, and he is discharged.

DONE, this the 15th day of May, 2019.

                                  /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE